■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JOSEPH W. AGNELLO, Appellant.—Judgment unanimously affirmed. Counsel's application to withdraw granted (see, People v Crawford, 71 AD2d 38). (Appeal from Judgment of Ontario County Court, Henry, Jr., J.—Criminal Possession Forged Instrument, 2nd Degree.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.

■ THE PEOPLE OF THE STATE OF NEW YORK ex rel. WILL WASHINGTON, Appellant, v SALLY B. JOHNSON, as Superintendent of Orleans Correctional Facility, et al., Respondents.—Judgment unanimously affirmed for the reasons stated in decision at Supreme Court, Dadd, J. (Appeal from Judgment of Supreme Court, Orleans County, Dadd, J.—Habeas Corpus.) Present—Denman, J. P., Boomer, Green, Pine and Davis, JJ.